UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWIN HOOVER, PEGGY HOOVER,
and ANAMAR PROPERTIES 2, LLC.,

                                 Plaintiffs,                        23 Civ. No. 11059 (GHW)

        -against-                                 **PRE-SETTLEMENT**
                                                           **CONFERENCE ORDER**

STARR SURPLUS LINES INSURANCE
COMPANY and HURRICANE IDA
PROGAM ADMINISTRATOR,

                                 Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, October 1, 2024 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 536 492 815#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                 September 13, 2024

                                                                 _____
                                                                The Honorable Gary Stein
                                                                 United States Magistrate Judge